### Patents for Inventions—Automatic Devices.

BRIDGE *v.* EXCELSIOR MANUF'G CO., U. S. Sup. Ct. Oct. Term, 1881. Appeal from the circuit court of the United States for the eastern district of Missouri. The decision was rendered by the supreme court of the United States. Mr. Justice *Bradley* delivered the opinion of the court affirming the decree: Cam movements, and others of like character, producing simultaneous operations, according to the needs of the case, such as opening valves on a steam-engine, are in such common use that it requires but little invention to adapt them to a particular case; and, when used for an automatic device, the patentee is only entitled to the precise device which he has described and claimed in his patent.

Robert H. Parkinson, for appellants.

S. S. Boyd, for appellees.